IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BRENDA ALLEN                                                                                         PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:12CV411-WHB-LRA

WALGREEN CO.                                                                                  DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS PARTIES have agreed to and announced to the Court a settlement of this case. The COURT, being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If any party fails to comply with the terms of this settlement agreed to by all parties, any aggrieved party may reopen the case for enforcement of the settlement agreement. If successful, all additional attorney's fees and cost from this date shall be awarded such aggrieved party or parties against the party failing to comply with the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

This settlement agreement constitutes a global release as to all claims and as to all parties with prejudice. This settlement will be finally complete upon execution of the release documents

SO ORDERED on this the 20th day of August, 2012.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*/s/ Kristi H. Johnson*
Kristi H. Johnson (MS Bar No. 102891)
Kristi.Johnson@OgletreeDeakins.com
Timothy W. Lindsay  (MS Bar No. 1262)
Tim.Lindsay@OgletreeDeakins.com
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
100 Renaissance, Suite 200
1022 Highland Colony Parkway
Ridgeland, MS 39157
ATTORNEYS FOR DEFENDANT

and


*/s/ Thomas Hudson*
Thomas Hudson(MS Bar No.101876)
 Thomas@hudsonfirm.com
 The Hudson Firm, PLLC
 269 E. Pearl Street
 P.O. Box 16701
 Jackson, MS 39236
 ATTORNEY FOR PLAINTIFF